# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATALUZ, LLC, a Nevada limited liability company, | Case No. 3:15cv1248 JM(RBB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| TRUDERMA, LLC, a Nevada limited liability company; and DOES 1-10, inclusive, | |
| Defendant. | |
| TRUDERMA, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| STRATALUZ, LLC, a Nevada limited liability company, | |
| Counterdefendant. | |

The Court, having considered the parties' Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses in this action are hereby dismissed with prejudice; and,

ORDER GRANTING JOINT MOTION FOR DISMISSAL                    3:15-cv-01248-JM-RBB

2.  The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 28, 2015

Jeffrey T. Miller
United States District Judge

NEWPORT TRIAL
GROUP

- 1 -

ORDER GRANTING JOINT MOTION FOR DISMISSAL                    3:15-cv-01248-JM-RBB